UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
SEP 2 2 2015
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

    v.                                            CRIMINAL NO. 2:15cr64

MICHAEL LEWIS and
MARIAN LEWIS,

        Defendants.

## ORDER

This matter comes before the court on the government's motion for a finding of criminal contempt and to revoke bond for both Defendants, filed on August 3, 2015. ECF No. 23. On August 7, 2015, this matter was referred to United States Magistrate Judge Douglas E. Miller, pursuant to the provisions of 28 U.S.C. § 636(e)(6)(B) to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the government's motion.

After a hearing on August 27, 2015, the Report and Recommendation of the United States Magistrate Judge ("R&R") was filed on September 3, 2015. ECF No. 32. The Magistrate Judge declined to certify facts to the undersigned for contempt proceedings and recommended that the government's motion for

contempt be denied.[1] By copy of the R&R, the parties were advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge. Neither the government nor the Defendants filed objections to the R&R, and the time to do so has expired.

The court, having examined the R&R, does hereby adopt and approve in full the findings and recommendations set forth in the R&R filed on September 3, 2015. Accordingly, the government's motion for a finding of contempt is **DENIED**.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for both Defendants and to the United States Attorney at Norfolk.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

September 22, 2015

---

[1] At the August 27, 2015, hearing, the Magistrate Judge denied the government's motion to revoke the Defendants' bond, pursuant to his authority under 18 U.S.C. § 3148. The R&R does not address that motion.

2